IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE MOBILE WASHINGTON (MOWA) BAND OF THE CHOCTAW INDIAN TRIBE**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION 08-00413-WS-B |
| **SUNBELT RESOURCES, INC.**, *et al.*, | : | |
| | : | |
| Defendants/Third Party Plaintiffs, | : | |
| vs. | : | |
| **CINCINNATI INSURANCE CO.**, | : | |
| Third Party Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Third Party Defendant Cincinnati Insurance Co.'s Motion to Sever and Remand be DENIED, that Plaintiffs and Defendants/ Third Party Plaintiffs' Motions to Remand be GRANTED, and that this case be **REMANDED** to the Circuit Court of Mobile County.

**DONE** and **ORDERED** this 5th day of January, 2009.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE