IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE MOBILE WASHINGTON (MOWA) BAND OF THE CHOCTAW INDIAN TRIBE, *et al.*, : : : | |
| Plaintiffs, : | |
| vs. : | CIVIL ACTION 08-00413-WS-B |
| SUNBELT RESOURCES, INC., *et al.*, : : | |
| Defendants/Third Party Plaintiffs, : | |
| vs. : | |
| CINCINNATI INSURANCE CO., : | |
| Third Party Defendant. | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Third Party Defendant Cincinnati Insurance Co.'s Motion to Sever and Remand be DENIED and that Plaintiffs and Defendants/ Third Party Plaintiffs' Motions to Remand be GRANTED. This case is hereby **REMANDED** to the Circuit Court of Mobile County.

**DONE** and **ORDERED** this 5th day of January, 2009.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE